IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| PAUL WOODS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 11-711-WS-N |
| | ) | |
| BD&S SERVICE, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636 is adopted as the opinion of this Court.

It is ORDERED that this action is **DISMISSED without prejudice** for failure to comply with the orders of the court.

DONE this the 10th day of September, 2012.


s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE