IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PAUL WOODS, | ) |
|     Plaintiff, | ) |
| v. | )    CIVIL ACTION NO. 11-711-WS-N |
| BD&S SERVICE, Inc., | ) |
|     Defendant. | ) |

## JUDGMENT

Pursuant to an order this day entered, it is hereby ORDERED, ADJUDGED and DECREED that this action is DISMISSED without prejudice.

This the 10th day of September, 2012.


                            s/WILLIAM H. STEELE
                            CHIEF UNITED STATES DISTRICT JUDGE